# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JIMMY ASHLEY                                                                                          PLAINTIFF

v.                                           NO. 3:16CV00336 JLH

D.P. PREISS COMPANY, INC.                                                                DEFENDANT

## ORDER

Pursuant to the joint stipulation of the parties, this action is dismissed with prejudice, with each party to bear that party's own attorneys' fees and costs. The Court retains jurisdiction solely for the purpose of enforcing the settlement agreement, if necessary.

IT IS SO ORDERED this 2nd day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE